In re Aguilar, Lydia Salgado; Aguilar, Lydia S., Estate Admin.; Aguilar, Allan S.; Aguilar, Erlinda S.; Aguilar, George S.; Aguilar, Nelia S.; Aguilar, Ofelia S.; Aguilar, Remedios S.; Aguilar, Roberto S.; Aguilar, Sylvia S.; Aguilar, Teodoro S.; — Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Jefferson, 24th Judicial District Court, Div. “M”, Nos. 403-685, 442-366; to the Court of Appeal, Fifth Circuit, No. 98-CW-0312.
Denied.
CALOGERO, C.J., and KIMBALL and VICTORY, JJ., would grant the writ.
LEMMON, J., not on panel.